# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## BALLOT TITLES CERTIFIED

### December 28, 2017

Bean v. Rosenblum (S065387-89). Petitioners' arguments that the Attorney General's certified ballot title for Initiative Petition No. 7 (2018) does not comply substantially with ORS 250.035(2) to (6) are not well taken. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.

### December 29, 2017

Wilson/Fitz v. Rosenblum (S065263/64). Having received no timely filed objections, the court certifies to the Secretary of State the Attorney General's modified ballot title for Proposed Initiative Petition No. 21 (2018), ORS 250.085(9).